[940 NE2d 919, 915 NYS2d 213]

In the Matter of ALBERT F., a Person Alleged to be a Juvenile Delinquent, Appellant. PRESENTMENT AGENCY, Respondent.

Decided December 16, 2010

**APPEARANCES OF COUNSEL**

*Legal Aid Society*, New York City (*Patricia S. Colella* of counsel), for appellant.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Dona B. Morris* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.